IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CONNIE CURTS, on behalf of herself, )
and all others similarly situated, )
)
        Plaintiff, )
)
v. ) No. 4:23-cv-00427-DGK
)
EDGEWELL PERSONAL CARE )
COMPANY, et al., )
)
        Defendants. )

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to dismiss (Doc. 26) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.


February 2, 2024                                 Paige Wymore-Wynn
Dated                                             Clerk of Court

February 5, 2024                                 /s/ Tracy Strodtman
Entered                                           (by) Deputy Clerk